UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAINOR GARCIA,

                Petitioner,

    v.

ICE FIELD OFFICER DIRECTOR,

                Respondent.

Case No. 2:26-cv-01341-TMC

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT

This matter comes before the Court on its own review of the record. Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center. Dkt. 1. But Petitioner's current custodian, the warden of NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).

Accordingly, while Respondent does not challenge the habeas petition on the basis that it fails to name the proper respondent(s), the Court cannot take action on Petitioner's claims unless he includes the warden as a respondent. The Court ORDERS:

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 1

1. No later May 12, 2026, Petitioner must either explain why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as one of the respondents.

2. If Petitioner files an amended habeas petition, any return to the amended petition must be filed no later than May 19, 2026. Respondent(s) may also choose to rely on their original return.

The Court will not take any further action on the habeas petition until either a response to this Order is filed or an amended petition is filed naming the proper respondent(s).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of April, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE REGARDING PROPER RESPONDENT - 2