UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAINOR GARCIA,

                Petitioner,

    v.

ICE FIELD OFFICER DIRECTOR,

                Respondent.

Case No. 2:26-cv-01341-TMC

ORDER DENYING HABEAS PETITION

Proceeding pro se, Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") or a bond hearing. Dkt. 1 at 2. On April 21, 2026, the Court found that it did not have jurisdiction over Petitioner's case because he did not name his current custodian, the warden of NWIPC, as a respondent. Dkt. 3 at 1 (first citing *Doe v. Garland,* 109 F.4th 1188, 1197 (9th Cir. 2024); and then citing *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004)). The Court ordered Petitioner to, by May 12, 2026, show cause and explain why his petition should not be dismissed or amend his petition by adding the warden of NWIPC as a respondent. *Id.* at 2.

The deadline has passed, and Petitioner did not show cause or properly amend his petition. Therefore, the Court DISMISSES this case WITHOUT PREJUDICE for failure to

ORDER DENYING HABEAS PETITION - 1

prosecute. *See* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to prosecute or failure to comply with the federal rules or court orders); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (courts may dismiss cases sua sponte pursuant to Rule 41(b) for failure to prosecute); *Oliva v. Sullivan*, 958 F.2d 272, 274 (9th Cir. 1992) ("The district judge has an obligation to warn the plaintiff that dismissal is imminent.").

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING HABEAS PETITION - 2